IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO.: 4:24CR49 |
| | ) | |
| SAMPSON JUMBO ET AL, | ) | |
| | ) | |
| Defendant. | ) | |

PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of David M. Coleman, Assistant United States Attorney in the Eastern District of Virginia, as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:  _____/s/_____
David M. Coleman, AUSA
Attorney for Government
United States Attorney's Office
One City Center
11815 Fountain Way, Suite 200
Newport News Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: Mack.Coleman@usdoj.gov

1

## CERTIFICATE OF SERVICE

I, David M. Coleman, Assistant United States Attorney, do hereby certify that the foregoing was filed with the Clerk of the Court using the CM/ECF system on this day of October 10, 2024.

By:           /s/
David M. Coleman, AUSA
Attorney for Government
United States Attorney's Office
One City Center
11815 Fountain Way, Suite 200
Newport News Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: Mack.Coleman@usdoj.gov

2