UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA

v.

JAMAL ASHTON SHIELDS,

    Defendant.

Criminal No. 4:24cr49-02

## ORDER

    Before the Court is a Motion in Limine to Exclude Evidence Relating to Stolen Firearms (the "Motion") filed by Defendant Jamal Ashton Shields. ECF No. 63. Trial in this matter is scheduled to begin on February 4, 2025. Upon review of the Motion, and because of the impending trial, the Court finds that expedited briefing on the Motion is appropriate. Accordingly, it is **ORDERED** that the Government **SHALL** file its Response to the Motion, including any legal authority in support thereof, by 5:00 p.m. on Thursday, January 30, 2025. Mr. Shields **MAY** file any Reply before 11:00 a.m. on Friday, January 31, 2025. If Mr. Shields does not intend to file a Reply, counsel is **ENCOURAGED** to inform the Courtroom Deputy of that decision as soon as practicable. The Clerk is **REQUESTED** to forward a copy of this Order to the parties.

    **IT IS SO ORDERED.**

                                                    /s/
                                    Arenda L. Wright Allen
                                United States District Judge

January 29, 2025
Norfolk, Virginia