AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | 4:24cr49 |
| JAMAL ASHTON SHIELDS | ) | | |
| *Defendant* | ) | | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   MYRETTA MONET MCINTOSH

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court<br>2400 West Avenue<br>Newport News, Virginia 23607 | Courtroom No.: | 1, Hon. Arenda L. Wright Allen |
|---|---|---|---|
| | | Date and Time: | 02/04/2025 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:   01/27/2025

CLERK OF COURT

/s/ *[signature]*

Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   JAMAL ASHTON SHIELDS
_____ , who requests this subpoena, are:

Sean C. Mitchell, AFPD
Keith L. Kimball, Supervisory AFPD
Federal Public Defender's Office
500 E. Main Street, Suite 500
Norfolk, VA 23510
(757)457-0800
(757)257-5095 (fax)

Case No.         4:24cr49

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)*         01/27/2025        .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$         0.00         .

My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    01/25/2025

_____
*Server's signature*

Wanda I. Rivera, Investigator
*Printed name and title*
Federal Public Defender's Office
500 E. Main Street, Suite 500
Norfolk, VA 23510
(757)457-0800

*Server's address*

Additional information regarding attempted service, etc: