**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| JAMAL ASHTON SHIELDS | Case No: 4:24-cr-49-002 |
| Defendant. | |

## **ORDER**

The jurors in the above-entitled case having been sequestered on Thursday, February 6, 2025 and Friday, February 7, 2025, **IT IS ORDERED** that the United States Marshal furnish the jury meals at the expense of the United States, submitting the bills to the Clerk of this Court for payment.

<u>     February 10, 2024     </u>
DATE

*Arenda L. Wright Allen*
UNITED STATES DISTRICT JUDGE